ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PETER ONYEBUCHI,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil No. 4-05-CV-710-A |
| | § | |
| CAPITAL ONE SERVICES, INC.,<br>Defendant. | §<br>§<br>§ | |

## AGREED MOTION TO DISMISS

Plaintiff Peter Onyebuchi and Defendant Capital One Services, Inc., file this Agreed Motion to Dismiss, and would respectfully show the Court as follows:

Plaintiff Peter Onyebuchi and Defendant Capital One Services, Inc., have reached an agreement to settle the disputes between them in the above-referenced lawsuit. Accordingly, Plaintiff Peter Onyebuchi and Defendant Capital One Services, Inc., move to dismiss all claims between them in this action with prejudice.

Respectfully submitted,

_MATTHEW R. STAMMEL with permission /I_RSL_
Matthew R. Stammel
State Bar No. 24010419
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone: (214) 220-7700
Telecopy: (214) 220-7716
*Attorney for Capital One Services, Inc.*

and

_____
Peter Onyebuchi
2111 Washington Cir. #224
Arlington, Texas 76011
Telephone: (817) 235-9047
*Plaintiff*

AGREED MOTION TO DISMISS – Page 1

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he has conferred with Plaintiff Peter Onyebuchi regarding this Motion and that he does not oppose the relief sought herein.

_Matthew R. Stammel with permission/ T OSC_
Matthew R. Stammel

**AGREED MOTION TO DISMISS – Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the 6th day of January, 2006, upon the following:

Peter Onyebuchi
2111 Washington Cir. #224
Arlington, Texas 76011

*Matthew R. Stammel with permission/Ire SL*
Matthew R. Stammel

1056462_1.DOC

AGREED MOTION TO DISMISS – Page 3